# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>**TAVOKIOUS TYE,**<br>*Defendant* | Case No. 25-MJ-624 |

## CRIMINAL COMPLAINT

I, Chad Eaton, the complainant in this case, state that the following is true to the best of my knowledge and belief: on or about September 3, 2025, in the Western District of New York, the defendant, TAVOKIOUS TYE violated:

(1) 18 U.S.C. § 111(a)(1) (Assaulting a Federal Officer).

This Criminal Complaint is based on these facts: **SEE ATTACHED AFFIDAVIT OF DEPUTY MARSHAL CHAD EATON.**

☒ Continued on the attached sheet.

CHAD EATON
Deputy Marshal
United States Marshals Service

Affidavit and Criminal Complaint submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed.R.Crim. P. 4.1 and 4(d) on:

Date: September 9, 2025

City and State: Rochester, New York

Judge's signature

HON. MARK W. PEDERSEN
UNITED STATES MAGISTRATE JUDGE

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK   )
COUNTY OF MONROE   ) SS:
CITY OF ROCHESTER   )

I, **CHAD EATON**, being duly sworn, state the following:

1. I am a Deputy United States Marshal ("DUSM") with the United States Marshals Service ("USMS"). I have been so employed by the USMS since September of 2020 and I am currently assigned to the Western District of New York, Rochester Office. Before joining the USMS, I was employed with the Livingston County Sheriff's Office ("LCSO") as a Deputy Sheriff from June of 2014 to September of 2020. From June of 2014 until January of 2019, I was assigned to the jail division and in January of 2019, I joined the road patrol division. During some of my time with the LCSO, I was also assigned to the Special Weapons and Tactics ("SWAT") team, Hostage Negotiations, and Underwater Search and Recovery. I have attended the New York State Basic Course for Corrections Officers, New York State Basic Course for Police Officers, and the Federal Law Enforcement Training Center in Glynco, Georgia, where I received training in investigating violations of the state/federal laws. During my time as a law enforcement officer with both the LCSO and the USMS, I have investigated and participated in cases involving violations of state and federal firearms offenses, assaults, and in the execution of multiple search and arrest warrants. As a Deputy United States Marshal, I am a federal investigative or law enforcement officer.

2. This affidavit is submitted in support of a Criminal Complaint charging TAVOKIOUS TYE with violating Title 18, United States Code, Section 111(a)(1) (assaulting, resisting, opposing, impeding, intimidating, or interfering with a federal official engaged in

1

the performance of official duties).

3. The assertions made herein are based upon my personal knowledge and participation in this investigation, and from information I have received from other law enforcement agents and officers, all of which I believe to be true and accurate. Since this affidavit is being submitted for the limited purpose of establishing probable cause that TAVOKIOUS TYE violated Title 18, United States Code, 111(a)(1), it does not include each and every fact known to me concerning this investigation. Rather, I have set forth sufficient facts to establish that probable cause exists to believe that TAVOKIOUS TYE committed the subject offense.

## BACKGROUND

4. TYE pled guilty on February 21, 2023, to violating 18 U.S.C. § 2250(a) (Knowingly Failing to Register as a Sex Offender). He was sentenced to 24 months imprisonment, followed by 60 months of supervised release, with various conditions. His term of supervised release began on August 9, 2024.

5. A summons was issued for an alleged violation of supervised release signed by Magistrate Judge Colleen D. Holland on September 2, 2025. Judge Frank P. Geraci scheduled an initial appearance on this violation for September 3, 2025. One of the violations alleged in the petition states that TYE violated state and local law by failing to register as a sex offender.

6. TYE was arrested in the city of Rochester by LCSO personnel with the assistance of the USMS. A federal detainer was filed at the LCSO holding TYE in custody if he posted bail or was released on the state charges. According to the LCSO, TYE was released on his own recognizance from Livingston County Court the day prior to his

September 3, 2025, Federal Court appearance, making his custody status primarily federal.

## FACTS ESTABLISHING PROBABLE CAUSE

7.      On September 3, 2025, I was assigned to the Western District of New York's (Rochester) Fugitive Task Force. At approximately 1:30 in the afternoon, I was attempting to locate a wanted subject in the City of Rochester when I was alerted over a law enforcement radio channel that there was an issue with a prisoner at the Federal Courthouse and asked to respond. I arrived at the Federal Courthouse at 100 State Street, Rochester, New York, and entered through the main public entrance. I was then directed by Court Security Officers ("CSOs") to respond to Courtroom 3. I arrived simultaneously with another DUSM and observed a large group of CSO's, another DUSM, a District Security Officer, and TAVOKIOUS TYE, crowded together.

8.      I was briefed by one of the CSO's that TYE had an outburst in the courtroom and began banging his head against the table and had to be placed into restraints. While escorting TYE out of the courtroom, TYE had broken free from the escorting security staff and intentionally ran into and headbutted the metal door leading to the prisoner entry hallway. I observed TYE sitting on the ground of the courtroom being placed into leg restraints. TYE was then escorted out of the courtroom through the adjoining hallway that leads to the Federal Courthouse's cellblock. There, TYE became physically combative, swinging his body and arms violently, tensing up his body, and refusing to continue walking.

9.      In the struggle, TYE was taken to the ground where he began banging his head against the hallway wall. TYE began screaming that he wanted to die and for DUSM's to shoot and kill him. I instructed other assisting security personnel to roll TYE onto his stomach and lift him off the ground to carry him to the cellblock. TYE was taken into the

3

cellblock on floor one and secured in the cell in restraints. After being locked inside, TYE intentionally ran into and headbutted the cellblock door/cage several times causing a laceration to the front of his head. A DUSM then attempted to verbally calm TYE down to get him under control while I coordinated Emergency Medical Services ("EMS").

10. Members of the Rochester Fire Department and EMS responded to treat TYE's injury. At that time, TYE had calmed down and agreed to allow first responders to provide medical treatment. The responders advised that TYE needed to be transported to Strong Memorial Hospital ("SMH") to be evaluated and receive further medical care. TYE was placed into a waist chain with his hands cuffed in front of his body, put in leg irons, and placed onto a gurney for transport. An unarmed DUSM rode in the back of the ambulance, while another DUSM and I followed in government vehicles to Strong Memorial Hospital.

11. Once at SMH, I observed TYE staring at DUSM's firearms as he received medical treatment. Two Livingston County Deputies responded to SMH and I briefed them on the incident. I escorted the Deputy Sheriffs into SMH and went to the room where TYE had been moved by hospital staff and escorting DUSMs. Two other inmates were receiving medical treatment in that area, one from Livingston County Jail and one from Monroe County Jail, in addition to TYE. Two Deputy Sheriffs from the Monroe County Jail and one Deputy Sheriff from the Livingston County Jail were providing security for the other two inmates.

12. While awaiting medical personnel in the treatment bay, TYE jumped up from the hospital bed and stood at the end of the bed slightly leaning against it. TYE was in a three-piece restraint suit but was not secured to the hospital bed as he had just been transferred from the gurney he was transported to SMH on. Another DUSM and I advised TYE that he

4

needed to lay down on the bed and comply with medical staff's requests. TYE bladed his body and clenched his fists, taking a fighting stance. TYE began to plead for DUSMs to shoot and kill him and started making threats that he was going to grab a Deputy's gun and force DUSM's to kill him. TYE also stated that he was "ready to die" and had already advised his family that he was going to be killed today. I attempted to calm TYE down and requested that he lie down on the bed. At this time, I removed my issued firearm and holster from my belt and requested that one of the Monroe County Deputies secure it.

13. As I turned towards the bay, TYE lunged towards the above-mentioned unarmed DUSM belt line, in an attempt to take his firearm. The DUSM was wearing an untucked polo shirt, so the absence of his firearm was not immediately observable. The unarmed DUSM began to push TYE away when TYE delivered a closed-hand strike to the left side of a LCSO Deputy's forehead.

14. I then tackled TYE into the hospital bed and fought to restrain him. TYE began thrashing his body violently and screaming that he was going to continue to reach for law enforcements' weapons. Several of the present law enforcement officers and University of Rochester Public Safety personnel held TYE down to place him into additional restraints in order to prevent TYE from harming himself and others. TYE physically resisted for several minutes refusing to be placed into the restraints.

15. During the incident, TYE bit the LCSO Deputy who he had struck in the head on his left arm and attempted to bite a University of Rochester Public Safety Officer.

16. TYE attempted to place his head between the bars of the hospital bed and attempted to choke himself several times. TYE's head had to be restrained by myself and University of Rochester Public Safety Officers. Two rounds of sedation medications were

administered by SMH nursing staff to TYE. Once TYE was secured to the bed, TYE made several statements indicating that he thought the unarmed DUSM was in fact armed, and was confused as to why he didn't have a gun. TYE also stated that he previously thought about grabbing a DUSM's gun upon first arrival to SMH.

17.     I advised the LCSO Deputy who had been struck and bitten that he needed to be examined by SMH medical staff for the bite wound on his arm. I observed the injury to be red and swollen with teeth marks that had broken shallow layers of his skin. The LCSO Deputy also had swelling and a red mark to the right side of his forehead where TYE struck him. As a result of the altercation, the LCSO Deputy was treated for the bite to his left forearm by members of the University of Rochester medical staff.

18.     The deputies working at the Livingston County Jail are employees designated under 18 U.S.C. § 1114, and were supervising TYE as part of their official duties. Among other things, the United States Marshal Service is generally responsible for custody and security of federal inmates who are awaiting the resolution of their federal charges. The United States Marshal's Service maintains a contract with the LCSO governing the housing of inmates at the Livingston County Jail who are detained while charges are pending against them in the United States District Court for the Western District of New York, as was the case with TYE. The LCSO injured by TYE is employed by the LCSO at the Livingston County Jail in Geneseo, New York. The LCSO possesses employment responsibilities of maintaining the welfare and security, custody, and well-being of those detained in the Livingston County Jail, including federal detainees. The LCSO's efforts to subdue TYE, described in this affidavit, were being conducted pursuant to his official duties as a Livingston County Jail Deputy and were assisting the USMS in the performance of its official duties to

maintain care and custody of federal prisoners.

19. Based on the above information, I respectfully submit that there is probable cause to believe that on or about September 3, 2025, in the Western District of New York, TAVOKIOUS TYE violated Title 18, United States Code, Section 111(a)(1) (assaulting, resisting, opposing, impeding, intimidating, or interfering with a federal official engaged in the performance of official duties).

_____
Chad Eaton
Deputy United States Marshal

Affidavit submitted electronically by email in .pdf format. Oath administered, and contents and signature attested to me as true and accurate telephonically pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 9th day of September 2025.

_____
HON. MARK W. PEDERSEN
United States Magistrate Judge

7